NO. 29136

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

FINANCIAL PARTNERS, LTD.,
Petitioner/Plaintiff/Counterclaim Defendant-Appellee

vs.

KYOUEI, LLC,
Respondent/Defendant/Counterclaimant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 1RC07-1-2270)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

August 16, 2010 by Petitioner/Plaintiff/Counterclaim Defendant-

Appellee is hereby rejected.

DATED:  Honolulu, Hawai'i, September 27, 2010.

FOR THE COURT:

Associate Justice

Keith M. Kiuchi (Kiuchi,
Nakamoto & Tanaka),
on the application for
petitioner/plaintiff/
counterclaim defendant-appellee.

---

[1]     Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy,
JJ., and Circuit Judge Kubo in place of Moon, C.J., recused and retired.